## WYNNE v. STATE.
### No. 25668.

Court of Criminal Appeals of Texas.
Jan. 23, 1952.

Rehearing Denied March 5, 1952.

A. R. Archer, Jr., George W. Overshiner, Abilene, for appellant.

Wm. K. Tippen, County Atty., Abilene, George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the sale of beer in a dry area, to-wit, Taylor County, Texas, and assessed a fine of $500.00 and one year in jail.

The complaint and information in the case properly present the issue of the dry status of Taylor County. In the progress of the trial defendant declined to waive proof and admit the dry status of the county. The county attorney twice brought up the question of proof and eventually he called the county clerk and had certain records of the Commissioners' Court identified and they were referred to as petition, election returns, etc. These do not appear in the statement of facts

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law, with a fine of $1,000.00.

The record contains neither a statement of facts nor bill of exception. The proceedings appear regular in every respect and nothing is presented for review by this court.

The judgment is affirmed.